COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:     01-18-00290-CV

Style:     Jeffrey A. Harberson v. Brianne Strickland

Date motion filed*:     February 15, 2019

Type of motion:     Fourth Motion to Extend Time to File Brief

Party filing motion:     Pro se Appellant Jeffrey A. Harberson

Document to be filed:     Appellant's Brief

Is appeal accelerated?     No.

If motion to extend time:

     Original due date:     July 30, 2018

     Number of extensions granted:     3     Current Due Date:  February 13, 2019

     Date Requested:     June 2019 (no day listed)

Ordered that motion is:

     ☑ Granted, in part

          If document is to be filed, document due:  March 15, 2019.

          ☑   **No further extensions of time will be granted.**

     ☐ Denied

     ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

     ☒ Other:  Because appellant's extension attaches a copy of a prison mailroom form indicating that his brief had been mailed on November 27, 2018, the Court **grants, in part,** appellant's fourth motion to extend time to file appellant's brief for 30 days, but **no further extensions will be granted**.  Accordingly, this Court will dismiss this appeal for want of prosecution if no brief is timely filed by **March 15, 2019**. *See* TEX. R. APP. P. 42.3(b).

Judge's signature: _/s/ Laura Carter Higley_____

          ☒ Acting individually     ☐ Acting for the Court

Date:   February 26, 2019_____